IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIMOTHY LEE LONG,

    Plaintiff,

v.                                                   CASE NO. 4:09-cv-00297-SPM-AK

B. CHERRY, et al.,

    Defendants.

_____/

## O R D E R

On January 20, 2010, the Magistrate Judge ordered Plaintiff to show cause on or before February 12, 2010, as to why this case should not be dismissed because Plaintiff failed to comply with the Court's order to file an amended complaint. Doc. 15. As of the date of this Order, Plaintiff has failed to respond to the show cause order. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Plaintiff's complaint is dismissed for failure to prosecute and for failure to follow an order of the Court.

2. The Clerk is directed to enter judgment dismissing this case with prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** this 25th day of February, 2010.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                Chief United States District Judge